**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CAPITOL SPECIALTY INSURANCE
CORPORATION,

      Plaintiff,

v.                                             Case No:  6:14-cv-1134-Orl-40GJK

ROBERTO BORRERO RIVERA and PR
53, INC.,

      Defendants.
_____/

## ORDER

      This cause is before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendant Roberto Borrero Rivera and PR 53, Inc. d/b/a Tu Case Boricu Sports Bar & Grill (Doc. 53) filed on September 23, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

      Therefore, it is **ORDERED** as follows:

      1.    The Report and Recommendation filed December 22, 2015 (Doc. 57), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Motion for Entry of Final Default Judgment against Defendant Roberto Borrero Rivera and PR 53, Inc. d/b/a Tu Case Boricu Sports Bar & Grill (Doc. 53) is **GRANTED**.

      3.    The Clerk is **DIRECTED** to enter a declaratory judgment **FINDING**:

    a. The Policy (BR01362618-01) does not provide coverage for any of the claims or damages claimed in Mr. Rivera's underlying state court action (Doc. 1 at 8-12) due to the Policy's specific exclusions from coverage; and

    b. Plaintiff has no duty to defend or indemnify any party in the underlying state court action, including Mr. Rivera or PR 53.

4. Plaintiff's Motion for Summary Judgment (Doc. 54) is **DENIED as moot**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 12, 2016.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties